No. 2296

Second Circuit

LEE HARDWARE CO. v. BENSON

(April 8, 1927. Opinion and Decree.)

(*Syllabus by the Court*)

1. **Louisiana Digest—Appeal—Par. 512.**

Where defendant, as appellant, puts at issue, by general denial, a suit upon open account, and fails, without legal cause or excuse, to appear in person or by counsel at trials of the suit, in either lower or appellate courts, the maximum amount of damages allowed by law to appellee will be granted when duly prayed for.
Southern Hardwood & Woodstock Co. vs. Seven-Eleven Auto Co., 1 La. App. 316.

Appeal from the First Judicial District Court of Louisiana, Parish of Caddo. Hon. T. F. Bell, Judge.

Action by the Lee Hardware Company, Limited, against A. C. Benson.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed with damages for frivolous appeal.

Dickson & Denny, of Shreveport, attorneys for plaintiff, appellee.

F. P. Hardin, of Shreveport, attorney for defendant, appellant.

STATEMENT OF THE CASE

REYNOLDS, J. This is a suit upon open account for the sum of $622.82 with five per cent per annum interest thereon from March 4, 1924, until paid, less credits of $22.46 paid February 14, 1924, $7.00 paid February 19, 1924, $50.71 paid June 23, 1924, and $50.00 paid November 1, 1924.

Defendant filed an answer denying each of the allegations of the plaintiff's petition.

Judgment was rendered in favor of the plaintiff for the amount sued for and the defendant appealed. Plaintiff has answered the appeal and asks for twenty per cent on the amount of the judgment as for frivolous appeal.

OPINION

Plaintiff proved the correctness of the account sued on. The defendant offered no evidence and made no defense in the lower court other than filing his answer, and he has made no appearance in this court.

Under this condition and on the authority of Southern Hardwood & Woodstock Co., Ltd., vs. Seven-Eleven Auto Company, Inc., et al., 1 La. App. 316, the plaintiff is entitled to have the judgment appealed from affirmed with ten per cent on the amount thereof as damages for frivolous appeal.

It is therefore ordered, adjudged and decreed that the judgment appealed from be affirmed with ten per cent on the amount thereof as damages for frivolous appeal.